Certificate Number: 05781-VAW-DE-041286579

Bankruptcy Case Number: 26-50444



05781-VAW-DE-041286579

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026</u>, at <u>12:23</u> o'clock <u>PM PDT</u>, <u>Michael Hannah</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Virginia</u>.

Date:  <u>August 4, 2026</u>          By:     <u>/s/Allison M Geving</u>

                             Name:  <u>Allison M Geving</u>

                             Title:  <u>President</u>